AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____  District of  MASSACHUSETTS

| | |
|---|---|
| COLUMBUS T. COHEN, pro-se'<br>Plaintiff<br><br>V.<br><br>LUIS SPENCER, Superintendent<br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br><br>CASE NUMBER: |

I, _(MCI Norfolk)_ Columbus T. Cohen  declare that I am the (check appropriate box)

[X] petitioner/~~plaintiff/movant~~   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   MCI Norfolk

    Are you employed at the institution?  YES   Do you receive any payment from the institution?  YES

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No    In the prison Industries

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    
    Weekly average of $26.40

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] Yes | [X] No |
    | b. | Rent payments, interest or dividends | [ ] Yes | [X] No |
    | c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
    | d. | Disability or workers compensation payments | [ ] Yes | [X] No |
    | e. | Gifts or inheritances | [ ] Yes | [X] No |
    | f. | Any other sources | [ ] Yes | [X] No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TO: Pro-se' Intake Clerk,
    for Habeas Petitions,
    District Court Clerk.

NO DOCKET NUMBER
YET ASSIGNED

FROM: Columbus T. Cohen, pro-se'
    MCI Norfolk / P.O. Box 43
    Norfolk, MA. 02056-0043

DATE: March 1, 2004

RE: Petitioner's supplemental Financial Summary Report, supporting Petition for;
    Proceeding in Forma Pauperus, with his; Petition for Writ of Habeas Corpus.

Dear Honorable Clerk;

Please find enclosed the petitioner's, "Inmate Financial Summary" compiled by the Institutional Treasurer here at MCI Norfolk, in compliance with. 28 USC §1915, and the appropriate local rules. Please advice me promptly when the petition and application have been processed and an assignment number assigned. As the petitioner would submit additional documentation when said number is available.

RESPECTFULLY:

*[signature]*
Columbus t. Cohen, in
pro-se'

MASSACHUSETTS     MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............     COHEN    COLUMBUS

Commitment number....     W42878

Period encompassed....     8/1/03 THRU     2/1/04

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 306.89 | 0.00 | 306.89 |
| 20% of Six Month Average Daily Balance | 61.38 | | |
| Total Expenditures for Period | | | 599.11 |
| Total Income for Period | | | 598.49 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _____*Marsha Collins*_____
MARSHA COLLINS, Treasurer

Time: _12:45 PM_

Date: _2/21/04_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

*court copy*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040220 08:06

| Commit# : | W42878 | | MCI NORFOLK | | Page : 1 |
| --- | --- | --- | --- | --- | --- |
| Name : | COHEN, COLUMBUS, T, | | Statement From | 20030901 | |
| Inst : | MCI NORFOLK | | To | 20040220 | |
| Block : | 1-1 | | | | |
| Cell/Bed : | 215/A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $1,506.67 | $1,202.49 | $26.53 | $26.53 |
| 20030902 10:02 | EX - External Disbursement | 1607630 | 50705 | NOR | -ROBYN LYNNE STAMPS | $0.00 | $40.00 | $0.00 | $0.00 |
| 20030903 23:00 | PY - Payroll | 1618267 | | NOR | ~20030817 To 20030823 | $24.20 | $0.00 | $0.00 | $0.00 |
| 20030910 07:51 | IS - Interest | 1643544 | | NOR | | $0.39 | $0.00 | $0.00 | $0.00 |
| 20030910 23:02 | PY - Payroll | 1665521 | | NOR | ~20030824 To 20030830 | $23.93 | $0.00 | $0.00 | $0.00 |
| 20030912 09:46 | CN - Canteen | 1675366 | | NOR | -Canteen Date : 20030911 | $0.00 | $33.79 | $0.00 | $0.00 |
| 20030917 23:03 | PY - Payroll | 1695103 | | NOR | ~20030831 To 20030906 | $26.40 | $0.00 | $0.00 | $0.00 |
| 20030924 23:03 | PY - Payroll | 1723911 | | NOR | ~20030907 To 20030913 | $33.28 | $0.00 | $0.00 | $0.00 |
| 20030925 12:02 | IC - Transfer from Inmate to Club A/c | 1730904 | | NOR | -HAIRCUT REVENUE - Z3--HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030925 22:30 | CN - Canteen | 1732532 | | NOR | -Canteen Date : 20030925 | $0.00 | $50.75 | $0.00 | $0.00 |
| 20031001 23:02 | PY - Payroll | 1752520 | | NOR | ~20030914 To 20030920 | $29.70 | $0.00 | $0.00 | $0.00 |
| 20031008 16:55 | IS - Interest | 1779019 | | NOR | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20031008 23:03 | PY - Payroll | 1797607 | | NOR | ~20030921 To 20030927 | $24.20 | $0.00 | $0.00 | $0.00 |
| 20031009 22:30 | CN - Canteen | 1806435 | | NOR | -Canteen Date  20031009 | $0.00 | $41.84 | $0.00 | $0.00 |
| 20031015 23:03 | PY - Payroll | 1825507 | | NOR | ~20030928 To 20031004 | $20.63 | $0.00 | $0.00 | $0.00 |
| 20031022 23:03 | PY - Payroll | 1854137 | | NOR | ~20031005 To 20031011 | $13.75 | $0.00 | $0.00 | $0.00 |
| 20031023 22:31 | CN - Canteen | 1864292 | | NOR | -Canteen Date : 20031023 | $0.00 | $37.95 | $0.00 | $0.00 |
| 20031029 23:03 | PY - Payroll | 1883248 | | NOR | ~20031012 To 20031018 | $29.98 | $0.00 | $0.00 | $0.00 |
| 20031105 23:03 | PY - Payroll | 1911466 | | NOR | ~20031019 To 20031025 | $17.33 | $0.00 | $0.00 | $0.00 |
| 20031106 22:30 | CN - Canteen | 1920647 | | NOR | -Canteen Date : 20031106 | $0.00 | $56.20 | $0.00 | $0.00 |
| 20031107 16:24 | IS - Interest | 1924149 | | NOR | | $0.40 | $0.00 | $0.00 | $0.00 |
| 20031112 23:03 | PY - Payroll | 1955316 | | NOR | ~20031026 To 20031101 | $24.20 | $0.00 | $0.00 | $0.00 |
| 20031114 14:07 | IC - Transfer from Inmate to Club A/c | 1967413 | | NOR | -S.J.C.-POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20031117 11:40 | IC - Transfer from Inmate to Club A/c | 1970362 | | NOR | -CLOTHING-INMATE CLOTHING PURCHASE - Z51--INMATE CLOTHING PURCHASE - Z51 | $0.00 | $54.77 | $0.00 | $0.00 |
| 20031119 23:03 | PY - Payroll | 1984557 | | NOR | ~20031102 To 20031108 | $33.28 | $0.00 | $0.00 | $0.00 |
| 20031120 22:30 | CN - Canteen | 1993957 | | NOR | -Canteen Date : 20031120 | $0.00 | $28.56 | $0.00 | $0.00 |
| 20031126 23:03 | PY - Payroll | 2017745 | | NOR | ~20031109 To 20031115 | $33.28 | $0.00 | $0.00 | $0.00 |
| 20031201 16:24 | IC - Transfer from Inmate to Club A/c | 2027338 | | NOR | -HAIRCUT REVENUE - Z3--HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031202 13:23 | CI - Transfer from Club to Inmate A/c | 2030709 | | NOR | -W42878 COHEN,COLUMBUS T PERSONAL-KCN WASH ACCOUNT - Z5 | $1.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $598.49 | $599.11 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040422 11:37

| Commit# : | W42878 | | | MCI NORFOLK | | | Page | 6 |
|---|---|---|---|---|---|---|---|---|
| Name : | COHEN, COLUMBUS. T. | | | Statement From | 20020101 | | | |
| Inst : | MCI NORFOLK | | | To | 20040422 | | | |
| Block : | 1-1 | | | | | | | |
| Cell/Bed : | 215 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040211 23:05 | PY - Payroll | 2381843 | | NOR | ~20040125 To 20040131 | $19.53 | $0.00 | $0.00 | $0.00 |
| 20040212 22:31 | CN - Canteen | 2391380 | | NOR | ~Canteen Date : 20040212 | $0.00 | $55.19 | $0.00 | $0.00 |
| 20040218 23:03 | PY - Payroll | 2409602 | | NOR | ~20040201 To 20040207 | $29.98 | $0.00 | $0.00 | $0.00 |
| 20040220 14:35 | IC - Transfer from Inmate to Club A/c | 2421441 | | NOR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2438829 | | NOR | ~20040208 To 20040214 | $26.40 | $0.00 | $0.00 | $0.00 |
| 20040226 22:30 | CN - Canteen | 2447621 | | NOR | ~Canteen Date : 20040226 | $0.00 | $41.43 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2468325 | | NOR | ~20040215 To 20040221 | $26.40 | $0.00 | $0.00 | $0.00 |
| 20040304 09:03 | IC - Transfer from Inmate to Club A/c | 2474385 | | NOR | ~LETTER TO: CLERK OF U.S. DISTRICT COURT ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489075 | | NOR | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20040310 09:53 | IC - Transfer from Inmate to Club A/c | 2508304 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2513661 | | NOR | ~20040222 To 20040228 | $33.28 | $0.00 | $0.00 | $0.00 |
| 20040311 22:30 | CN - Canteen | 2523471 | | NOR | ~Canteen Date : 20040311 | $0.00 | $43.83 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2542871 | | NOR | ~20040229 To 20040306 | $29.70 | $0.00 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2572076 | | NOR | ~20040307 To 20040313 | $13.75 | $0.00 | $0.00 | $0.00 |
| 20040325 22:30 | CN - Canteen | 2581858 | | NOR | ~Canteen Date : 20040325 | $0.00 | $30.52 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2600173 | | NOR | ~20040314 To 20040320 | $27.50 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2629897 | | NOR | ~20040321 To 20040327 | $20.63 | $0.00 | $0.00 | $0.00 |
| 20040408 22:30 | CN - Canteen | 2639692 | | NOR | ~Canteen Date : 20040408 | $0.00 | $35.31 | $0.00 | $0.00 |
| 20040413 11:05 | IS - Interest | 2649727 | | NOR | | $0.43 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2674709 | | NOR | ~20040328 To 20040403 | $20.63 | $0.00 | $0.00 | $0.00 |
| 20040421 16:07 | IC - Transfer from Inmate to Club A/c | 2698273 | | NOR | ~MRS. ORETTA COHEN~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.87 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2702547 | | NOR | ~20040404 To 20040410 | $24.20 | $0.00 | $0.00 | $0.00 |
| | | | | | | $2,328.45 | $1,965.45 | $26.53 | $26.53 |

| | | Personal | Savings |
|---|---|---|---|
| | Balance as of ending date : | $363.00 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $363.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MAILING CHARGES

UNIT __1-1__   DATE _ 2/18/04___

INMATE'S NAME __Columbus T. Cohen__  E.

$ __152__ HAS BEEN CHARGED TO YOUR
ACCOUNT FOR THE MAILING OF A:

( ) AIR FOREIGN              LETTER (X)
( ) SPECIAL DEL.             REGISTERED ( )
( ) RET. RECEIPT REQ.                PKG. ( )
( ) AIR MAIL                     INSURED ( )
                              CERTIFIED ( )

1-1 Bl&h

SIGNED _____
            MAIL OFFICER