# United States District Court

**District:** Massachusetts

| Name | Prisoner No. | Case No. |
|---|---|---|
| Columbus T. Cohen | W-42878 | |

**Place of Confinement**
Massachusetts Correctional Institution (MCI) Norfolk
2 Clark St. / P.O. Box 43
Norfolk, MA. 02056-0043

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Columbus T. Cohen, pro-se' | V. Luis Spencer, Superintendent |

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack   The Suffolk County Superior Court, 90 Devonshire St. Boston. MA. 02109

2. Date of judgment of conviction   October 16, 1986

3. Length of sentence   LIFE IMPRISONMENT WITHOUT POSSIBILITY OF PAROLE

4. Nature of offense involved (all counts)   Murder in the First (1st.) degree, Murder in the Second (2nd.) degree.

5. What was your plea? (Check one)
   (a) Not guilty   [X]
   (b) Guilty   [ ]
   (c) Nolo contendere   [ ]
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   [X]
   (b) Judge only   [ ]

7. Did you testify at the trial?
   Yes [X]   No [ ]

8. Did you appeal from the judgment of conviction?
   Yes [X]   No [ ]

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court   Massachusetts Supreme Judicial Court (SJC)

   (b) Result   All Judgments Affirmed

   (c) Date of result and citation, if known   April 7, 1992, 412 MASS. 375, 589 N.E.2d. 289

   (d) Grounds raised   Court's denial of Motion for Directed Verdict, Prosecutal Misconduct, and Ineffective Assistance of Counsel.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court   Supreme Judicial Court (SJC)

     (2) Nature of proceeding   Motion for leave to file a Motion for a New Trial Applied pursuant to M.G.L. c. 278 §33 E, "Gatekeeper" petition.

     (3) Grounds raised   Excusable neglect for failure to file timely petition.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __Motion Denied, Judgments Affirmed.__

(6) Date of result __January 18, 2002__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __Supreme Judical Court (SJC)__

(2) Nature of proceeding __Leave to appeal from "Gatekeeper" late due to exusablable neglect, mistake, or inavertence in filing notice of appeal.__

(3) Grounds raised __Petitioner failed to preapprove his notice of appeal from the trial court's denial of Motion for a New trial, with the Gatekeeper, instead directing his appeal to the appeals court. Leave to Appeal was denied without reaching the merits of the case. Although the grounds raised would replicate those in this petition of Habeas Corpus.__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __Denial of Motion for Leave and Reconsideration.__

(6) Date of result __October 29, 2003 and on Reconsideration on November 18, 2003.__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.              Yes ☒   No ☐
(2) Second petition, etc.   N/A   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__There is no recourse from denial of the Single Justice of the SJC, in these matters.__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Petitioner was denied due process and a fair trial, by the failure of the trial court to grant his, "Motion for Required Finding of Not Guilty". In violation of his; 5th., 6th., & 14th. Constitutional Amendment protections.

Supporting FACTS (state *briefly* without citing cases or law) The above stated Motion should have been granted in that; a) There was insufficient evidence that petitioner was the Principle Murderer. b) There was insufficient evidence to deliberate premeditation, c) There was insufficient evidence as to malice aforethought.

B. Ground two: Petitioner was denied his rights under the, 5th., 6th., & 14th. Amendments of the Constitution, as a result of Prosecutorial Misconduct.

Supporting FACTS (state *briefly* without citing cases or law) a) In his opening statement the prosecutor implied and eluded the petitioner had a criminal record yet failed to present evidence thereof at trial. b) During cross-examination of petitioner the prosecutor, waived a "mug shot & rap sheet" at jury, yet failed to submit same into evidence. c) During trial the prosecutor, misstated evidence, argued purported facts not presented in evidence, and opined his conclusions as to the strength of said evidence.

(5)

C.   Ground three: Petitioner was denied the Effective Assistance of Counsel as guaranteed by the Sixth and Fourteenth Amendments of the Constitution.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner was entitled to effective assistance of counsel. a) Trial counsel waived the opening statement forfeiting the opportunity to present the defense theories. b) Defense failed to object to the several prosecutorial misstatements and arguing purported facts not in evidence. c) Failed to object to admission of dying statement when foundation wasn't established. d) Defense counsel neglected to prepare for the "closing statement and further, failed to object to an Incorrect Jury Instruction.

D.   Ground four: Petitioner was denied due process and a fair trial in violation of his 5th., 6th. & 14th. Const. amend. rights where third party's conscienceness of guilt was allowed into evidence.

Supporting FACTS (state *briefly* without citing cases or law) Where over objection of petitioner's prodded counsel, evidence of the petitioner's father purportedly verbally denying his presence in the household did point down the hallway. This was admitted as a out-of-court statement and should have been denied as heresay.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐       No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)   At preliminary hearing _____

    (b)   At arraignment and plea _____

(6)

E.  Ground five: Petitioner was denied due process and a fair trial as guaranteed by the 5th., 6th., & 14th. Constitutional Amendments, where jury instructions violated due process by relieving the state of proving every element beyond reasonable doubt.

In that the Court instructed without objection, the jury in such a manner that were violative of due process.

F.  Ground six: Petitioner was denied due process and a fair trial as guaranteed by the 5th., 6th. & 14th. Constitutional Amendments, in the court's failure to re-instruct the jury to determine the law from the court as opposed to the prosecutor and to direct the jury to determine and articulate the basis of the conviction as either, joint venture or principle murder.

AO 241 (Rev. 5/85)

(c) At trial __Mr. Wood Esq.__
current address unknown

(d) At sentencing __same as above__

(e) On appeal _____

(f) In any post-conviction proceeding __in pro-se'__

(g) On appeal from any adverse ruling in a post-conviction proceeding __in pro-se'__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Petitioner in pro-se'_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
__5-8-04__
(date)

_[signature]_
Signature of Petitioner
Columbus T. Cohen, in pro-se'

(7)