UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>COLUMBUS COHEN</u>,
            Petitioner,

                                  Civil Action

v.

                                  No. 04-10983-RGS

<u>LUIS SPENCER</u>,
            Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐     The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒     The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

        Petitioner has sufficient funds in his prison account to pay the $5 filing fee.

☒     It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.

 5/24/04                                       s/ Richard G. Stearns
  DATE                                      UNITED STATES DISTRICT JUDGE