UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLUMBUS COHEN,
                    Petitioner,

                                                    CIVIL ACTION

          v.
                                                    NO.  04-10983-RGS

LUIS SPENCER,
                    Respondent.

O R D E R

On March 2, 2004, the Court received an inmate account statement from petitioner
Columbus Cohen with a cover letter stating that he was also enclosing a habeas petition.
Because the Court's records did not indicate that any habeas petition had been received
from petitioner, the date-stamped cover letter and account statement were returned to
Cohen by a deputy clerk of this Court.  On May 14, 2004, the Court received a habeas
petition from Cohen as well as a cover letter stating that he was enclosing "receipts"
indicating that he had previously mailed his habeas petition to the Court.  The Court
expresses no view on the timeliness of Cohen's petition at this time.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this
Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of
the same, certified mail, to (1) Luis Spencer, Superintendent, MCI Norfolk, P.O. Box 43,
Norfolk,  Massachusetts 02056 and (2) Cathryn Neaves, Chief, Appellate Division,
Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th
Floor, Boston, MA  02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file
an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents
which reflect on whether Petitioner has exhausted his available state remedies with
respect to the matters raised by the Petition.

  5/24/04                                    s/ Richard G. Stearns
   DATE                                UNITED STATES DISTRICT JUDGE