UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLUMBUS COHEN,<br><br>Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br><br>Respondent. | Civil Action No. 04-10983-RGS |

### RESPONDENT'S MOTION TO DISMISS

Luis Spencer, Superintendent of the Massachusetts Correctional Institution – Norfolk, the respondent, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petition is time-barred. *See* 28 U.S.C. § 2244(d)(1). In further support of this motion, the respondent has filed herewith a memorandum of law.

WHEREFORE, the respondent respectfully requests that this Court dismiss this petition with prejudice.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: June 10, 2004

## CERTIFICATE OF SERVICE

I hereby certify that, on June 10, 2004, I caused to be served a true and correct copy of the foregoing Motion to Dismiss by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Columbus Cohen, *pro se*, MCI- Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056.

_____
Eva M. Badway