UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN OFFICE
2004 JUN 10 P 3:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COLUMBUS COHEN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-10983-RGS |
| LUIS SPENCER, | ) |
| Respondent. | ) |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Luis Spencer, the respondent in the above-captioned action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: June 10, 2004

## Certificate of Service

I hereby certify that, on June 10, 2004, I caused to be served a true and correct copy of the foregoing Notice of Appearance by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Columbus Cohen, *pro se*, MCI- Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056.

_____
Eva M. Badway