UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10983- RGS

COLUMBUS T. COHEN

v.

LUIS SPENCER, Superintendent at MCI Norfolk

ORDER

October 14, 2004

STEARNS, D.J.

On May 14, 2004, plaintiff Columbus T. Cohen filed a Petition for Writ of Habeas Corpus. On June 10, 2004, defendant Louis Spencer, the Superintendent at MCI Norfolk, filed a Motion to Dismiss. As no opposition to the motion has been filed, the motion is <u>ALLOWED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE