UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLUMBUS COHEN )
    PETITIONER: )   Civil Action No. 04-10983-RGS
)
V )
)
)
LUIS SPENCER )
    RESPONDENT: )
)
_____ )

MOTION TO AMEND (or Make Additional) FINDINGS

NOW COMES, Columbus Cohen, petitioner in pro-se', moving this honorable court pursuant to, Federal Rules of Civil Procedure Rule 52(b), to Amend it's ruling of the respondent's Motion to Dismiss, said order was received by the petitioner on, October 16, 2004, and therefore this Motion is timely, and in support thereof avers as follows;

    1). That petitioner submits this motion relying upon the precedent established in, Fabian v Reed, 707 F.2d 147, 148 & n.1 (5th. Cir 1983), in that said filing is submitted in pro-se'.

    2). That is was the petitioner's belief and contention that a reply was mailed to the respondent's Motion to Dismiss, and that the petitioner will seek "docket entry" data to support said mailing factually.

    3). That pending such affirmation the petitioner would assert mistake, inadvertence, surprise and excusable neglect on the part of the moving party, in it's failure to assure service of said reply upon the court.

    4). It fully is and was the petitioner's intention to respond in an assertive and persistent manner to the respondent's allegations.

-2-

Therefore, the Petitioner would move this court to withdraw it ruling allowing the Respondent's Motion to Dismiss, and grant the Petitioner a period of time to resubmit a lawful reply to the respondent's Motion to Dismiss, beyond the averments presented within the Petitioner's Brief.

### PETITIONER'S REPLY IN SUMMARY

If this court so allows, the petitioner will demonstrate that his claim should be allowed as he has asserted and made a showing of "Actual Innocence" and as such can get his Constitutional claims considered on their merits in petition for habeas relief. see; Flanders v Graves, 299 F.3d 974 (8th. Cir. 2000); also see Nickerson v. Roe, 260 F. Supp. 2d. 875 (N.D. Cal. 2003) in which the court reviewed the procedurally defaulted claims, asserted under Actual innocence, under the miscarriage of justice standard, here the Petitioner feels confident that this court so allow, he would prevail.

### CONCLUSION

The petitioner prays this court reconsider it's ruling in approving the respondent's Motion to Dismiss, and in doing so allow the Petitioner's Habaes Petition to proceed for consideration and evaluation on the merits of the underlying claims.

Respectfully;

COLUMBUS COHEN, in pro-se'

MCI NORFOLK ? P.O. BOX 43

Norfolk, MA 02056-0043

CERTIFICATE OF SERVICE

I, Columbus Cohen, do now certify that I served upon, Mr. Thomas F. Reilly, Attorney General for the Commonwealth of Massachusetts, a true copy of the enclosed MOTION TO AMEND (or make Additional) FINDINGS, BY MANNER OF Certified U.S. Mail, return receipt requested, to Mr. Reilly at; One Ashburton Place Boston, MA 02108 on this 22nd. day of October, 2004

SO CERTIFIED: _____

Columbus Cohen, pro-se'