04-cv-10983-RGS






