UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10983- RGS

COLUMBUS COHEN

v.

LUIS SPENCER

ORDER ON REQUEST FOR
A CERTIFICATE OF APPEALABILITY

December 1, 2004

STEARNS, D.J.

The request is <u>DENIED</u>. Pro se status does not excuse a litigant's failure to comply with the court's procedural rules. <u>FDIC v. Anchor Properties</u>, 13 F.3d 27, 31 (1st Cir. 1994). More importantly, as the Respondent pointed out in support of his unopposed motion to dismiss, the petition is time-barred by the provisions of the Antiterrorism and Effective Death Penalty Act (AEDPA), 28 U.S.C. § 2244(d). Petitioner's conviction was affirmed by the Supreme Judicial Court on April 7, 1992. The AEDPA grace period expired on April 24, 1997. No tolling motion for relief was then pending. <u>See</u> <u>Gaskins v. Duval</u>, 183 F.3d 8, 10 (1st Cir. 1999).

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE