***UNITED STATES DISTRICT COURT***
***DISTRICT OF MASSACHUSETTS***

---

USCA Docket Number:

USDC Docket Number : 04-cv-10983

Columbus Cohen

v.

Luis Spencer

---

**CLERK'S CERTIFICATE**

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/12/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 3, 2004.

Tony Anastas, Clerk of Court

By: Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/3/04.

D Barchard
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ______________________

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10983-RGS
# Internal Use Only

Cohen v. Spencer
Assigned to: Judge Richard G. Stearns
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/17/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

-----------------------

**Columbus T. Cohen** represented by **Columbus T. Cohen**
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056-0043
PRO SE

V.

**Respondent**

-----------------------

**Luis Spencer,**
***Superintendent at MCI Norfolk***
represented by **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email:
eva.badway@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Columbus T. Cohen.(Jenness, Susan) (Entered: 05/18/2004) |
| 05/14/2004 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Columbus T. Cohen.(Jenness, Susan) (Entered: 05/18/2004) |
| 05/18/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 05/18/2004) |
| 05/18/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 05/18/2004) |
| 05/24/2004 | 3 | Judge Richard G. Stearns : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. Petitioner has sufficient funds in his prison account to pay the $5 filing fee. It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice. (Weissman, Linn) (Entered: 05/25/2004) |
| 05/24/2004 | 4 | Judge Richard G. Stearns : SERVICE ORDER entered re: 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. |

| | | |
|---|---|---|
| | | (Weissman, Linn) (Entered: 05/25/2004) |
| 06/10/2004 | 5 | MOTION to Dismiss by Luis Spencer.(Flaherty, Elaine) (Entered: 06/15/2004) |
| 06/10/2004 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss filed by Luis Spencer. (Flaherty, Elaine) (Entered: 06/15/2004) |
| 06/10/2004 | 7 | NOTICE of Appearance by Eva M. Badway on behalf of Luis Spencer (Flaherty, Elaine) (Entered: 06/15/2004) |
| 09/09/2004 | | Filing fee: $ 5., receipt number 56598 regarding filing fee for petition (Flaherty, Elaine) (Entered: 09/09/2004) |
| 10/14/2004 | 8 | Judge Richard G. Stearns : ORDER entered granting 5 Motion to Dismiss (Flaherty, Elaine) (Entered: 10/14/2004) |
| 10/14/2004 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 10/14/2004) |
| 10/25/2004 | 9 | MOTION to Amend 8(or make additional findings) Order on Motion to Dismiss .(Flaherty, Elaine) (Entered: 10/26/2004) |
| 11/03/2004 | | Judge Richard G. Stearns : Electronic ORDER entered denying 9 Motion to Amend "No docket entry supports the filing of a response." (Flaherty, Elaine) (Entered: 11/04/2004) |
| 11/04/2004 | 10 | CERTIFICATE OF SERVICE by Columbus T. Cohen re 9 MOTION to Amend 8 Order on Motion to Dismiss. (Flaherty, Elaine) (Entered: 11/08/2004) |
| 11/12/2004 | 11 | NOTICE OF APPEALand Request for Certificate |

| | | |
|---|---|---|
| | | of Appealability as to Order on Motion to Amend by Columbus T. Cohen. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/2/2004. (Flaherty, Elaine) (Entered: 11/23/2004) |
| 12/01/2004 | 12 | Judge Richard G. Stearns : ORDER entered re 11 Notice of Appeal (request for certificate of appealability) ENTERED. "DENIED."(Flaherty, Elaine) (Entered: 12/01/2004) |