UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10983- RGS

COLUMBUS COHEN

v.

LUIS SPENCER, Superintendent at MCI Norfolk

ORDER

January 14, 2005

STEARNS, D.J.

The motion to proceed in forma pauperis is <u>ALLOWED</u>. Petitioner's affidavit demonstrates indigency.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE