*04-10983*
*J. STEARNS*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2653

COLUMBUS T. COHEN,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

Before

Lynch, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: January 13, 2006

This case is before the court on petitioner Columbus T. Cohen's application for the issuance of a certificate of appealability ("COA"). The application is denied.

To obtain a COA, petitioner must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner has failed to make such a showing.

Petitioner's prime argument is that the untimeliness of his §2254 petition should be excused based on the doctrine of equitable tolling. Petitioner argues only that as a *pro se* litigant without legal training he was unfamiliar with the law and the one-year statute of limitations grace period under the Anti-Terrorism and Effective Death Penalty Act of 1996. Rogers v. United States, 180

F.3d 349 (1st Cir. 1999)(§2255 case); Gaskins v. Duval, 183 F.3d 8, 9 (1st Cir. 1999)(applying Rogers to a §2254 case). This argument is without merit; *pro se* status does not excuse litigants from following the rules and procedures of the courts.   See, e.g., Lattimore v. Dubois, 311 F.3d 46, 55 (1st Cir. 2002).

Accordingly, the application for certificate of appealability is denied.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: FEB 1 0 2006

MARGARET CARTER

By:_____

Chief Deputy Clerk.

[Cert. cc: Hon. Richard Stearns and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Cohen, Duggan and Ms. Badway]